UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

| | |
|---|---|
| SHAKER F. SAAD,<br>  Plaintiff<br><br>v.<br><br>TERRY E. WAY, Director,<br>  Nebraska Service Center;<br>EDUARDO AGUIRRE, JR. Director,<br>  USCIS;<br>TOM RIDGE, Secretary,<br>  Department of Homeland Security;<br>  Defendants | Case No. 04-cv-10947-NMG |

NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Shaker F. Saad, Plaintiff in the above-numbered case, and hereby respectfully gives notice of voluntary dismissal in the above legal action pursuant to F.R.C.P. 41(a)(1). The Defendants, as the adverse parties, have not yet served any answer in the above action.

Respectfully submitted,
Plaintiff, by counsel,

_____            _____
Julie Greenspoon                               Saher J. Macarius
Law Offices of Saher J. Macarius      Law Offices of Saher J. Macarius
21 Walsh St.                                      21 Walsh St.
Framingham, MA 01701                   Framingham, MA 01701
Phone (508) 879-4443                      Phone (508) 879-4443
BBO# 658167                                   BBO# 567460

## Certificate of Service

I, Julie B. Greenspoon, hereby certify that on this 23rd day of September, 2004, I caused a copy of the above <u>Notice of Voluntary Dismissal</u>, to be served upon counsel for the defendants, by delivering a copy via first class mail, postage prepaid, to:

Michael Sady, Esq.
United States Attorney's Office
District of Massachusetts
John J. Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Julie B. Greenspoon